UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  16-17533-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

VENN ANTONIO FLETCHER
XXX-XX-0094

DEBTOR_____/

### TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 22nd day of October, 2019.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.: 16-17533-BKC-EPK

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
VENN ANTONIO FLETCHER
6818 FINAMORE CIRCLE
LAKE WORTH, FL  33467

**ATTORNEY FOR DEBTOR**
EDWARD N. PORT, ESQUIRE
2161 PALM BEACH LAKES BLVD
SUITE 202
WEST PALM BEACH, FL  33409

**CREDITOR(S)**
BANK OF AMERICA, N.A.
4161 PIEDMONT PARKWAY
GREENSBORO, NC  27410

BANK OF AMERICA, N.A.
POB 26012
NC4-105-03-14
GREENSBORO, NC  27420

CITIBANK, N.A.
POB 790040
SAINT LOUIS, MO  63179

CREDIT MANAGEMENT, LP
C/O BANKRUPTCY
POB 118288
CARROLTON, TX  75011

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

JUNO TAX LLC
11814 LAKE SHORE PLACE
NORTH PALM BEACH, FL  33408

MARINOSCI LAW GROUP PA
100 WEST CYPRESS CREEK ROAD, SUITE 1045
FT LAUDERDALE, FL  33309

ORFELIA M. MAYOR, ESQUIRE
C/O PALM BEACH COUNTY TAX COLLECTOR'S OFFICE
POB 3715
WEST PALM BEACH, FL  33402-3715

PALM BEACH COUNTY TAX COLLECTOR
POB 3715
WEST PALM BEACH, FL  33402-3715

SMITH DAIRY EAST MAINTENANCE ASSOC, INC.
CASTLE GROUP
12270 SW 3RD STREET, STE 200
FORT LAUDERDALE, FL  33325

SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD
SUITE 300
HIGHLANDS RANCH, CO  80129

SPECIALIZED LOAN SERVICING, LLC
POB 636007
LITTLETON, CO  80163

SYNCHRONY BANK/SAMS
POB 103104
ROSWELL, GA  30076